TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00194-CR






Douglas Warren, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 3012146, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. David M. Gonzalez, is ordered to tender a brief in this cause no later than August 30, 2004. No
further extension of time will be granted.

It is ordered July 16, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish